UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN SCHNIPPER, an individual and SUNFLOWER ENTERPRISES, L.P., a New Jersey Limited Partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>CNC DEVELOPMENT LTD. (f/k/a InterAmerican Acquisition Group Inc., a Delaware Corporation), a British Virgin Islands corporation, and WILLIAM C. MORRO, an individual,<br><br>Defendants. | Case No. 12-CV-7367<br><br>Hon. Robert M. Dow Jr. |

### STIPULATED ORDER FOR DISMISSAL

Pursuant to settlement, Plaintiffs Steven Schnipper and Sunflower Enterprises, L.P. and Defendants CNC Development Ltd. and William C. Morro, by and through their attorneys, hereby stipulate to the dismissal of the above-captioned matter with prejudice.

STEVEN SCHNIPPER AND
SUNFLOWER ENTERPRISES, L.P.

By: /s/    Michael P. Tomlinson
Michael P. Tomlinson
Tomlinson Law Office, P.C.
8501 W. Higgins Road, Suite 420
Chicago, IL  60631
Phone:  (312) 715-8770
Fax:  (866) 625-7089
mtomlinson@tomlinson-law.com
*Attorney for Plaintiffs*

CNC DEVELOPMENT, LTD. AND
WILLIAM C. MORRO

By: /s/    Peter B. Carey
Peter B. Carey
Carey & Hartmann LLC
135 S. LaSalle Street, Suite 2200
Chicago, Illinois 60603
Phone: (312) 541-0360
Fax: (312) 641-0360
pcarey@careyhartmann.com
*Attorney for Defendants*

Date: 2/28/13

ENTER:

_____
Hon. Robert M. Dow Jr.
Judge, United States District Court